SQUIRE, SANDERS & DEMPSEY L.L.P.
Mark C. Goodman (State Bar No. 154692)
David A. Gabianelli (State Bar No. 158170)
Julie E. Schwartz (State Bar No. 260624)
One Maritime Plaza, Suite 300
San Francisco, CA  94111
Telephone:    +1.415.954.0200
Facsimile:    +1.415.393.9887
Email:        mgoodman@ssd.com
Email:        dgabianelli@ssd.com
Email:        jeschwartz@ssd.com

Attorneys for Defendants
BAYER CORPORATION,
BAYER HEALTHCARE LLC,
BAYER HEALTHCARE PHARMACEUTICALS INC. and
MCKESSON CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LYNZEE LABORDE, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MCKESSON CORPORATION; BAYER CORPORATION; BAYER HEALTHCARE LLC; BAYER PHARMACEUTICALS CORPORATION; BAYER HEALTHCARE PHARMACEUTICALS INC., BERLEX LABORATORIES, INC., BERLEX, INC.; BAYER SCHERING PHARMA AG; BAYER AG; and DOES 1-10, inclusive,<br><br>Defendants. | Case No. CV 10-548 VRW<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO RESPOND TO COMPLAINT** |

Plaintiff Lynzee Laborde ("Plaintiff") and Defendants Bayer Corporation, Bayer HealthCare LLC, Bayer HealthCare Pharmaceuticals Inc. and McKesson Corporation (collectively, "Defendants") by and through their respective counsel, enter into the following Stipulation:

WHEREAS, Plaintiff's Complaint was filed on February 8, 2010;

WHEREAS, Defendants issued a letter dated February 10, 2010 identifying this matter as a tag-along action in connection with MDL No. 2100 pending in the United States District Court for the Southern District of Illinois;

WHEREAS, responses currently are due from Defendants on March 16, 2010; and

WHEREAS, an extension of time to respond to the Complaint is warranted for counsel to discuss the disposition of this case and attempt to reach agreement on how it will be handled going forward.

NOW, THEREFORE, THE PARTIES HEREBY AGREE AND STIPULATE, Defendants shall have until March 30, 2010 to respond to Plaintiff's Complaint.

IT IS SO STIPULATED.

Dated: March 10, 2010

| ROBINSON, CALCAGNIE & ROBINSON | SQUIRE, SANDERS & DEMPSEY LLP |
|---|---|
| By: /s/ Daniel Robinson<br>DANIEL ROBINSON | By: /s/ Julie E. Schwartz<br>JULIE E. SCHWARTZ |
| Attorneys for Plaintiff<br>LYNZEE LABORDE | Attorneys for Defendants<br>BAYER CORPORATION, BAYER HEALTHCARE LLC, BAYER HEALTHCARE PHARMACEUTICALS INC. and MCKESSON CORPORATION |

1  **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

3  DATED: 3/15/2010

_____
HONORABLE VAUGHN R WALKER
United States District Judge

*[Signature: Judge Vaughn R Walker, seal of United States District Court Northern District of California]*